UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ROBERT LYLE ST. JOHN ) | |
| ) | CASE NO. A10-93133-PWB |
| ) | |
| DEBTOR(S) ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name: 3XP WEB SOLUTIONS
Check Number: 2571679
Check Date: 12/18/2015
Check Amount: $2,937.67

These funds are being remitted to the Registry because the payee has not claimed the funds.

## CERTIFICATE OF SERVICE

This is to certify that I have this day, December 29, 2015, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

CLARK & WASHINGTON
3300 NORTHEAST EXPRESSWAY
BUILDING 3, SUITE A
ATLANTA, GA  30341

/s/ Brandi Kirkland
MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063 423627
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110